IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMEEL IBRAHIM, | * |
| Plaintiff, | * |
| v. | Case No.  5:21-cv-00463-MTT |
| | * |
| NEW JERSEY FAMILY SUPPORT SERVICE CENTER, | * |
| Defendant. | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated January 7, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 7th day of January, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk