IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JAMEEL IBRAHIM,<br><br>Plaintiff,<br><br>v.<br><br>NEW JERSEY FAMILY SUPPORT SERVICE CENTER,<br><br>Defendant. | CIVIL ACTION NO. 5:21-CV-463 (MTT) |

### ORDER

Plaintiff Jameel Ibrahim moves for reconsideration of the Court's order (Doc. 3) that dismissed his complaint on frivolity review. Doc. 6. Pursuant to Local Rule 7.6, "Motions for Reconsideration shall not be filed as a matter of routine practice." M.D. Ga. L.R. 7.6. Indeed, "[r]econsideration of a previous order is an extraordinary remedy to be employed sparingly." *Bingham v. Nelson*, 2010 WL 339806, at *1 (M.D. Ga. Jan. 21, 2010) (internal quotation marks and citation omitted). It "is appropriate only if the movant demonstrates (1) that there has been an intervening change in the law, (2) that new evidence has been discovered which was not previously available to the parties in the exercise of due diligence, or (3) that the court made a clear error of law." *Id*. "In order to demonstrate clear error, the party moving for reconsideration must do more than simply restate his prior arguments, and any arguments which the party inadvertently failed to raise earlier are deemed waived." *McCoy v. Macon Water Authority*, 966 F. Supp. 1209, 1222-23 (M.D. Ga. 1997). Here, Ibrahim's one page motion merely states in conclusory fashion he has "newly found evidence" without

stating what that evidence is.  Doc. 6.  Similarly, Ibrahim has raised no change in the law or clear error in the Court's previous Order.  Accordingly, Ibrahim's Motion for Reconsideration (Doc. 6) is **DENIED**.

    **SO ORDERED**, this 25th day of January, 2022.

                                                            S/ Marc T. Treadwell
                                                            MARC T. TREADWELL, CHIEF JUDGE
                                                            UNITED STATES DISTRICT COURT